**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PEEKAY ACQUISITION, LLC, *et al.*, | ) | Case No. 17-11722 (KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF JOSHUA S. GELLER**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves for the admission *pro hac vice* of Joshua S. Geller of Curtis, Mallet-Prevost, Colt & Mosle LLP, as an attorney for the Term A Lenders and TLA Acquisition Corp., in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: August 10, 2017
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:      collins@rlf.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and to the United States District Court for the District of New Jersey. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 10, 2017  /s/ *Joshua S. Geller*
New York, New York  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Joshua S. Geller
101 Park Avenue
New York, New York  10178
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Email:  jgeller@curtis.com

RLF1 17946826v.1