IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PEEKAY ACQUISITION, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-11722 (BLS) <br><br> (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 11, 2017 AT 11:00 A.M.[2] BEFORE THE HONORABLE BRENDAN L. SHANNON**

**FIRST DAY MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [D.I. 3]

   Response Deadline:   August 11, 2017 at 11:00 a.m.

   Responses Received:   Informal responses received from the Office of the United States Trustee.

   Related Documents:

   A.   Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

   B.   Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

   Status: This matter will go forward.

2. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File (A) A Consolidated List of Creditors in Lieu of Filing a Separate Mailing Matrix for Each Debtor, and (B) A Consolidated List of the Debtors' Thirty Largest Unsecured Creditors; and (II) Approving the Manner of Serving the Notice of Commencement [D.I. 4]

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Peekay, Inc. (3429); Peekay Boutiques, Inc. (7972); Christals Acquisition, LLC (0391); Peekay Acquisition, LLC (0923); Peekay SPA, LLC (2765); Conrev, Inc. (2441); Condom Revolution, Inc. (6019); Charter Smith Sanhueza Retail, Inc. (8963); ZJ Gifts F-2, L.L.C. (3565); ZJ Gifts F-3, L.L.C. (3562); ZJ Gifts F-4, L.L.C. (8006); ZJ Gifts F-5, L.L.C. (7062); ZJ Gifts F-6, L.L.C. (4381); ZJ Gifts I-1, L.L.C. (5099); ZJ Gifts M-3, L.L.C. (8925); ZJ Gifts M-1, L.L.C. (7202); and ZJ Gifts M-2, L.L.C. (6643). The Debtors' corporate headquarters and mailing address is 901 West Main Street, Suite A, Auburn, WA 98001.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1097.001-W0048094.}

Response Deadline: August 11, 2017 at 11:00 a.m.

Responses Received: Informal responses received from the Office of the United States Trustee.

Related Documents:

A.  Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

B.  Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward.

3. Application of the Debtors for Entry of an Order Appointing Rust Consulting/Omni Bankruptcy as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 5]

Response Deadline: August 11, 2017 at 11:00 a.m.

Responses Received: Informal responses received from the Office of the United States Trustee.

Related Documents:

A.  Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

B.  Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward.

4. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) [D.I. 6]

Response Deadline: August 11, 2017 at 11:00 a.m.

Responses Received: Informal responses received from the Office of the United States Trustee.

Related Documents:

A.  Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

B.  Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward on an interim basis.

5. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations [D.I. 7]

   Response Deadline:   August 11, 2017 at 11:00 a.m.

   Responses Received:  Informal responses received from the Office of the United States Trustee.

   Related Documents:

   A. Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

   B. Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

   Status: This matter will go forward.

6. Motion of the Debtors for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 8]

   Response Deadline:   August 11, 2017 at 11:00 a.m.

   Responses Received:  Informal responses received from the Office of the United States Trustee.

   Related Documents:

   A. Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

   B. Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

   Status: This matter will go forward on an interim basis.

7. Motion of the Debtors for Authorization to Pay Certain Prepetition Taxes and Obligations [D.I. 9]

   Response Deadline:   August 11, 2017 at 11:00 a.m.

   Responses Received:  Informal responses received from the Office of the United States Trustee.

   Related Documents:

    A.    Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

    B.    Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward.

8. Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter Into New Policies [D.I. 10]

Response Deadline:    August 11, 2017 at 11:00 a.m.

Responses Received:    Informal responses received from the Office of the United States Trustee.

Related Documents:

    A.    Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

    B.    Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward on an interim basis.

9. Motion for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Certain Customer Practices and Programs in the Ordinary Course of Business [D.I. 11]

Response Deadline:    August 11, 2017 at 11:00 a.m.

Responses Received:    Informal responses received from the Office of the United States Trustee.

Related Documents:

    A.    Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

    B.    Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward.

10. Debtors' Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Lenders; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 12]

Response Deadline: August 11, 2017 at 11:00 a.m.

Responses Received: Informal responses received from the Office of the United States Trustee.

Related Documents:

A. Declaration of Albert Altro in Support of First Day Pleadings [D.I. 2]

B. Notice of Filing Chapter 11 Petitions and First Day Motions and Declarations [D.I. 24]

Status: This matter will go forward on an interim basis.

Dated: August 10, 2017
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joseph Wright*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mcguire@lrclaw.com
         wright@lrclaw.com

*Proposed Counsel to the Debtors
and Debtors-in-Possession*