**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Peekay Acquisition, LLC. *et al.* | : | Case No. 17-11722 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Kristy E. Butt**, 2944 232rd Avenue, SE, Black Diamond, WA 98010, Phone: 206-409-8134

2. **Brian E. Barnett**, 28010 SE 388 Place, Enumclaw, WA 98022, Phone: 253-653-4089

3. **Gary Zebrowski,** 54 Pilgrim Lane, Drexel Hill, PA 19026, Phone: 610-446-1807

4. **Dreamgirl International,** Attn: Christopher Scharff, 5548 Linberch Lane, Bell, CA 90201, Phone: 323-268-0220, Fax: 323-268-4913

5. **United Consortium, Inc.,** Attn: Joe Walls, 24000 Hancock Parkway, Valencia, CA 91355, Phone: 919-723-7519.


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Juliet Sarkessian* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 21, 2017

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Adam Landis, Esq., Phone: (302) 467-4400, Fax: (302) 467-4450