IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEEKAY ACQUISITION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11722 (BLS)<br><br>(Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 10, 2017 AT 10:00 A.M.[3] BEFORE THE HONORABLE BRENDAN L. SHANNON

**\*\*AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH PERMISSION FROM THE COURT\*\***

**RESOLVED MATTER:**

1. Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [D.I. 203, filed on September 12, 2017]

    Response Deadline: September 26, 2017 at 4:00 p.m.

    Responses Received: Informal responses received from the Office of the United States Trustee.

    Related Documents:

    A. Certification of Counsel Regarding Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [D.I. 231, filed on September 29, 2017]

    B. Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [D.I. 234, entered on October 2, 2017]

    Status: An order has been entered.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Peekay, Inc. (3429); Peekay Boutiques, Inc. (7972); Christals Acquisition, LLC (0391); Peekay Acquisition, LLC (0923); Peekay SPA, LLC (2765); Conrev, Inc. (2441); Condom Revolution, Inc. (6019); Charter Smith Sanhueza Retail, Inc. (8963); ZJ Gifts F-2, L.L.C. (3565); ZJ Gifts F-3, L.L.C. (3562); ZJ Gifts F-4, L.L.C. (8006); ZJ Gifts F-5, L.L.C. (7062); ZJ Gifts F-6, L.L.C. (4381); ZJ Gifts I-1, L.L.C. (5099); ZJ Gifts M-3, L.L.C. (8925); ZJ Gifts M-1, L.L.C. (7202); and ZJ Gifts M-2, L.L.C. (6643). The Debtors' corporate headquarters and mailing address is 901 West Main Street, Suite A, Auburn, WA 98001.

[2] **Amended items appear in bold.**

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1097.001-W0048895.}

## MATTERS UNDER CERTIFICATION OF COUNSEL:

2. Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Cullen and Dykman LLP as its Counsel Effective as of August 21, 2017 [D.I. 191, filed on September 7, 2017]

   Response Deadline: September 21, 2017 at 4:00 p.m. Extended to October 3, 2017 at 4:00 p.m. for the Office of the United States Trustee.

   Responses Received: Informal responses received from the Office of the United States Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Cullen and Dykman LLP as its Counsel Effective as of August 21, 2017 [D.I. 238, filed on October 4, 2017]

   B. **Order Authorizing and Approving the Employment and Retention of Cullen and Dykman LLP as its Counsel Effective as of August 21, 2017 [D.I. 243, entered on October 5, 2017]**

   **Status: The Court has entered an order granting the application.**

3. Application of the Official Committee of Unsecured Creditors of Peekay Acquisition, LLC, et al., for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel Nunc Pro Tunc to August 21, 2017 [D.I. 193, filed on September 7, 2017]

   Response Deadline: September 21, 2017 at 4:00 p.m. Extended to October 3, 2017 at 4:00 p.m. for the Office of the United States Trustee.

   Responses Received: Informal responses received from the Office of the United States Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Peekay Acquisition, LLC, et al., for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel Nunc Pro Tunc to August 21, 2017 [D.I. 240, filed on October 4, 2017]

      B.      Order Granting Application of the Official Committee of Unsecured Creditors of Peekay Acquisition, LLC, et al., for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel Nunc Pro Tunc to August 21, 2017 [D.I. 244, entered on October 5, 2017]

**Status: The Court has entered an order granting the application.**

4.      Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention and Employment of the DAK Group, Ltd. as its Financial Advisor and Investment Banker Effective as of August 24, 2017 [D.I. 192, filed on September 7, 2017]

Response Deadline:   September 21, 2017 at 4:00 p.m. Extended to October 3, 2017 at 4:00 p.m. for the Office of the United States Trustee.

Responses Received:

      A.      Objection of the United States Trustee to Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention and Employment of the DAK Group, Ltd. as its Financial Advisor and Investment Banker Effective as of August 24, 2017 [D.I. 235, filed on October 3, 2017]

**Status: The Committee requests that the hearing on the DAK retention application be adjourned to the hearing scheduled for October 18, 2017 at 10:30 a.m. The Office of the United States Trustee does not object to the adjournment.**

Dated: October 10, 2017  
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Joseph Wright

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Joseph D. Wright (No. 5669)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
          mcguire@lrclaw.com  
          wright@lrclaw.com

*Counsel to the Debtors and Debtors-in-Possession*