IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEEKAY ACQUISITION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11722 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Nos. 236, 237, 325, 326 & 327 |

## NOTICE OF FILING AMENDED JOINT PLAN OF LIQUIDATION OF PEEKAY ACQUISITION, LLC AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE THAT** on October 4, 2017, the above-captioned debtors and debtors-in-possession filed the *Joint Plan of Liquidation of Peekay Acquisition, LLC and Its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 236] and the *Disclosure Statement for the Joint Plan of Peekay Acquisition, LLC and Its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 237].

**PLEASE TAKE FURTHER NOTICE THAT** on October 19, 2017, the above-captioned debtors and debtors-in-possession filed the *Revised Joint Plan of Liquidation of Peekay Acquisition, LLC and Its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 326] (as amended or modified, the "Revised Plan")[2] and the *Revised Disclosure Statement for the Joint Plan of Peekay Acquisition, LLC and Its*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Peekay, Inc. (3429); Peekay Boutiques, Inc. (7972); Christals Acquisition, LLC (0391); Peekay Acquisition, LLC (0923); Peekay SPA, LLC (2765); ConRev, Inc. (2441); Condom Revolution, Inc. (6019); Charter Smith Sanhueza Retail, Inc. (8963); ZJ Gifts F-2, L.L.C. (3565); ZJ Gifts F-3, L.L.C. (3562); ZJ Gifts F-4, L.L.C. (8006); ZJ Gifts F-5, L.L.C. (7062); ZJ Gifts F-6, L.L.C. (4381); ZJ Gifts I-1, L.L.C. (5099); ZJ Gifts M-3, L.L.C. (8925); ZJ Gifts M-1, L.L.C. (7202); and ZJ Gifts M-2, L.L.C. (6643). The Debtors' corporate headquarters and mailing address is 901 West Main Street, Suite A, Auburn, WA 98001.

[2] Capitalized terms used but not defined herein shall have the same meanings as in the Revised Plan.

*Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 327].

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as <u>Exhibit A</u> is the *Amended Joint Plan of Liquidation of Peekay Acquisition, LLC and Its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code*. A blackline comparison showing changes as compared to the Revised Plan filed on October 19, 2017 is attached hereto as <u>Exhibit B</u>.

Dated: November 14, 2017

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
          mcguire@lrclaw.com
          wright@lrclaw.com

*Counsel to the Debtors and Debtors-in-Possession*