# SIGN-IN SHEET

Case Name: Peekay Acquisition

Courtroom No.1 - Judge Shannon

Case No.: 17-11722

Date: November 15, 2017

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brendan Schlauch | RLF | Term A |
| Shaya Rochester | Curtis Mallet | " |
| Hannah McCollum | US Department of Justice | United States Trustee |
| Ryan Slaugh[illegible] | Potter Anderson | Cortland |
| Bonnie Pollard | Cullen + Dykman | Creditors Committee |
| Adam Landis | Landis Rath & Cobb | Debtors |
| Matthew McGuire | Landis Rath & Cobb | Debtors |
| Joseph Wright | Landis Rath & Cobb | Debtors |
| Chris Samis | Whiteford Taylor | Creditors' Committee |
| Patrick Jackson | Drinker Biddle + Reath LLP | ADK Soho Fund LP + Harvest Capital Credit Corp. |
| Carl N. Kunz III | Morris James LLP | PK Properties + Peekay Partnership |
| Kim Gattuso | The Bifferato Firm | Woodforest National Bank |
| Laurel Roglen | Ballard Spahr | Riverside Towne Center |
| | | |

Court Conference

Calendar Date: **11/15/2017**

Calendar Time: **09:00 AM ET**

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Brendan L. Shannon

#1

*Amended Calendar Nov 15 2017 5:08AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Peekay Acquisition, LLC | 17-11722 | Hearing | 8720335 | Matthew Chiappardi | (609) 805-1670 ext. | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| | | Peekay Acquisition, LLC | 17-11722 | Hearing | 8718251 | Paul Deutch | (212) 302-3580 ext. | Rust Consulting / Omni Management, LLC | Debtor, Peekay Acquisition, LLC / LIVE |
| | | Peekay Acquisition, LLC | 17-11722 | Hearing | 8712760 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Peekay Acquisition, LLC | 17-11722 | Hearing | 8719231 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Peekay Acquisition, LLC | 17-11722 | Hearing | 8717417 | Steven J. Reisman | (212) 696-6065 ext. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Interested Party, Term A Lenders and TLA Acqusitions Corp. / LIVE |